# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ROBERT P. SULLINS,**
**ADC #151971**                                                                     **PLAINTIFF**

v.                          No. 2:14-cv-35-DPM-JTR

**LISA JULIAN, Director, First Judicial**
**Drug Task Force; JAMES MAYFIELD,**
**Agent, First Judicial Drug Task Force;**
**TAMMIE GAIL LOVIN, Administrator,**
**Monroe County Jail; and GARY HENARD,**
**Sheriff, Monroe County Jail**                                                     **DEFENDANTS**

## ORDER

**1.** Sullins has filed this *pro se* § 1983 action alleging that defendants violated his constitutional rights while he was in the Monroe County Jail. № 2 *at* 4-5. The Court must screen Sullins's complaint. 28 U.S.C. § 1915A.

**2.** Sullins alleges that, after searching his cell block at the Monroe County Jail, defendants erroneously accused him of possessing contraband. All criminal charges stemming from the allegedly false accusation were later dismissed. Sullins, however, believes that defendants defamed his character. № 2 *at* 5.

3. Sullins has not pleaded a violation of a federal constitutional or statutory right. 42 U.S.C. § 1983; *Miner v. Brackney*, 719 F.2d 954, 955 (8th Cir. 1983) (*per curiam*). Instead, he has pleaded a state-law claim for defamation that cannot be brought in this Court in the absence of diversity jurisdiction. 28 U.S.C. §§ 1332 & 1367.

4. Sullins's complaint is therefore dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 April 2014