IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT P. SULLINS,
ADC #151971                                                                                                  PLAINTIFF

v.                      No. 2:14-cv-35-DPM

LISA JULIAN, Director, First Judicial
Drug Task Force; JAMES MAYFIELD,
Agent, First Judicial Drug Task Force;
TAMMIE GAIL LOVIN, Administrator,
Monroe County Jail; and GARY HENARD,
Sheriff, Monroe County Jail                              DEFENDANTS

JUDGMENT

Sullins's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

3 April 2014